## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

TRACEY MICHELLE HINKLE,           )
                                  )
                Plaintiff,        )
                                  )
v.                                )     Case No. CIV-21-056-JFH-KEW
                                  )
COMMISSIONER OF THE SOCIAL        )
SECURITY ADMINISTRATION,          )
                                  )
                Defendant.        )

### FINDINGS AND RECOMMENDATION

This matter comes before this Court on the Application for Award of Attorney's Fees Under the Equal Access to Justice Act (Docket Entry #22). The Motion was referred to the undersigned by Order of United States District Judge John F. Heil, III, for the entry of Findings and a Recommendation on the disposition of the Motion.

In this action under the Social Security Act, Plaintiff, through her attorneys, has moved the Court for an award of attorney's fees to Plaintiff in the amount of $5,371.00, pursuant to the provisions of the Equal Access to Justice Act, codified at 28 U.S.C. § 2412(d). The Government has no objection to an award of attorney's fees in this amount. The undersigned has reviewed the record in this case and concurs in the requested award of attorney's fees.

IT IS THEREFORE THE RECOMMENDATION OF THIS COURT that the Application for Award of Attorney's Fees Under the Equal Access to Justice Act (Docket Entry #22) be **GRANTED,** and that the Government

be ordered to pay Plaintiff's attorney's fees in the amount of $5,371.00.

IT IS FURTHER RECOMMENDED that in accordance with the ruling of the Tenth Circuit Court of Appeals, the award shall be made to Plaintiff as the prevailing party and not directly to Plaintiff's counsel. *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007); 28 U.S.C. § 2412(b). In addition, should Plaintiff's counsel ultimately be awarded attorney's fees pursuant to 42 U.S.C. § 406(b)(1), counsel shall refund the smaller amount to Plaintiff. *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986). The parties are given fourteen (14) days from the date of the service of these Findings and Recommendation to file with the Clerk of court any objections with a supporting brief. Failure to object to the Findings and Recommendation within fourteen (14) days will preclude appellate review of this decision by the District Court based on the findings made herein.

DATED this 10th day of June, 2022.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE

2